IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01659-EWN-BNB

ANTHONY SMITH,

Plaintiff,

v.

R. WORSHAM,
G.L. CLARK,
UNITED STATES OF AMERICA,
M. ADAMS,
S. COLLINS,
L. TUCKER,
D. TATERA, and
S. FREEMAN,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED that the **Motion to Withdraw Defendant United States' Motion for Partial Summary Judgment (Docket # 98)** filed by the United States on July 15, 2005, is GRANTED.