IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01659-EWN-BNB

ANTHONY SMITH,

Plaintiff,

v.

R. WORSHAM, in his individual capacity,
G.L. CLARK, in his individual capacity, and
UNITED STATES OF AMERICA,
S. FREEMAN,
S. COLLINS,
M. ADAMS,
L. TUCKER, AND
D. TATERA

Defendants.

## ORDER

The parties appeared this morning for a status conference to address the discovery and scheduling needs resulting from my recommendations entered on July 18, 2005. The following schedule was established:

The parties appeared this morning for a Status/Scheduling Conference. The following schedule was established:

**Discovery Cut-Off:** November 11, 2005

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:** December 12, 2005

**Expert Disclosures:**

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before _October 7, 2005_

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before _October 28, 2005_

**Preliminary Pretrial Conference:** A preliminary pretrial conference will be held in this case on _October 14, 2005_ at _9:00_ A.m. A proposed preliminary pretrial order shall be prepared by the parties and submitted to the court no later than _October 7, 2005_.

DATED August 4, 2005.

BY THE COURT:

_____
United States Magistrate Judge

2